# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Vega Jr, Edwin

Printed: 11/20/07

Case Number: 04 B 38804
Judge: Hollis, Pamela S
Filed: 10/19/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: November 2, 2007
Confirmed: February 14, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|                  | Receipts  | Disbursements |
|------------------|-----------|---------------|
|                  | 20,681.90 |               |
| Secured:         |           | 8,177.87      |
| Unsecured:       |           | 6,965.53      |
| Priority:        |           | 0.00          |
| Administrative:  |           | 2,700.00      |
| Trustee Fee:     |           | 891.29        |
| Other Funds:     |           | 1,947.21      |
| Totals:          | 20,681.90 | 20,681.90     |

## DISBURSEMENT DETAIL

|     | Creditor Name                     | Type           | Repayment | Paid to Date   |
|-----|-----------------------------------|----------------|-----------|----------------|
| 1.  | Peter F Geraci                    | Administrative | 2,700.00  | 2,700.00       |
| 2.  | Bank One                          | Secured        | 8,177.87  | 8,177.87       |
| 3.  | Premier Bankcard                  | Unsecured      | 332.87    | 332.87         |
| 4.  | Jefferson Capital                 | Unsecured      | 830.13    | 830.13         |
| 5.  | RoundUp Funding LLC               | Unsecured      | 428.00    | 428.00         |
| 6.  | City Of Chicago Dept Of Revenue   | Unsecured      | 650.00    | 650.00         |
| 7.  | Specialized Management Consultants| Unsecured      | 821.39    | 821.39         |
| 8.  | Bank One                          | Unsecured      | 1,508.91  | 1,508.91       |
| 9.  | ECast Settlement Corp             | Unsecured      | 361.37    | 361.37         |
| 10. | Resurgent Capital Services        | Unsecured      | 2,032.86  | 0.00           |
| 11. | National Capital Management       | Unsecured      | 2,032.86  | 2,032.86       |
| 12. | City Of Chicago Dept Of Revenue   | Unsecured      |           | No Claim Filed |
| 13. | City Of Chicago Dept Of Revenue   | Unsecured      |           | No Claim Filed |
| 14. | FCNB MC                           | Unsecured      |           | No Claim Filed |
| 15. | Mages & Price                     | Unsecured      |           | No Claim Filed |
|     |                                   |                | _____ | _____    |
|     |                                   |                | $ 19,876.26 | $ 17,843.40  |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|------------|
| 4%       | 140.32     |
| 3%       | 58.16      |
| 5.5%     | 289.47     |
| 5%       | 81.71      |
| 4.8%     | 187.47     |
| 5.4%     | 134.16     |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Vega Jr, Edwin | Case Number:  04 B 38804 |
| | Judge:  Hollis, Pamela S |
| Printed:  11/20/07 | Filed:  10/19/04 |

$$\overline{\phantom{xxxxxxxxx}}$$
$ 891.29

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_